Elwood Wayne MILLS, Plaintiff—
Appellant,

v.

BERKELEY COUNTY SHERIFF'S
DEPARTMENT; Pete Mitchum, in
his official capacity and individually;
Ronald Lawrence, in his official ca-
pacity and individually; Jerry Wright,
in his official capacity and individual-
ly; Unknown Officers, of the Berkeley
County Sheriff's Department in their
official capacity and individually;
County of Berkeley, Defendants—Ap-
pellees.

No. 03–2490.

United States Court of Appeals,
Fourth Circuit.

Submitted March 15, 2004.

Decided April 2, 2004.

Elwood Wayne Mills, Appellant pro se.

James Albert Stuckey, Jr., Robin Lilley
Jackson, Stuckey Law Offices, P.A.,
Charleston, South Carolina, for Appellees.

Before WIDENER, TRAXLER, and
SHEDD, Circuit Judges.

PER CURIAM:

Affirmed by unpublished per curiam opin-
ion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

Elwood Wayne Mills appeals the district
court's order granting the Appellees' mo-
tion for summary judgment in his 42
U.S.C. §§ 1983, 1985 (2000) civil action.
We have reviewed the record and find no
reversible error. Accordingly, we affirm
on the reasoning of the district court. *See
Mills v. Berkeley County Sheriff's Dep't*,
No. CA–01–4494–2–23 (D.S.C. Oct. 20,
2003). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*AFFIRMED*